IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLORIVEE MENDOZA                    :
                                    :
v.                                  :   CIVIL NO. CCB-02-840
                                    :
KEITH GREEN                         :

...oOo...

**ORDER**

For the reasons stated on the record in open court on May 2, 2002, it is hereby

**ORDERED** that:

1. the plaintiff's motion for a peace order is **Denied**;

2. the defendant's motion to dismiss is due no later than **May 10, 2002**; and

3. the Clerk shall mail copies of this Order to the plaintiff and counsel of record.

5/03/02
Date

Catherine C. Blake
United States District Judge