IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLORIVEE MENDOZA | : | |
| v. | : | CIVIL NO. CCB-02-840 |
| KEITH GREEN | : | |

...oOo...

### ORDER

Having considered the Defendant's Motion to Dismiss and the plaintiff's response thereto, and finding that the complaint raises issues of sexual harassment in the workplace which must be addressed under 42 U.S.C. § 2000e-2 et seq., see Brown v. General Services Administration, 425 U.S. 820, 828-29 (1966), and that the plaintiff has failed to exhaust her administrative remedies, it is hereby **ORDERED** that:

1. the Motion to Dismiss is **Granted**;

2. the complaint is **Dismissed without prejudice**;

3. the Clerk shall **Close** this case; and

4. the Clerk shall send copies of this Order to the plaintiff and counsel of record.

5/28/02
Date

Catherine C. Blake
United States District Judge